# Exhibit D

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
T 212.307.5500 F 212.307.5598 www.Venable.com

Kristen Ruisi
**T 212.503.0559**
**F 212.307.5598**
KSRuisi@Venable.com

February 6, 2023

***VIA E-MAIL TO:***

Four Sigma Foods, Inc.
1450 2nd St, Suite 210
Santa Monica, CA 90401
support@foursigmatic.com

**Cease and Desist re: Unauthorized Use of THINK COFFEE Trademark**

Dear Sir or Madam:

We are the attorneys for Think Coffee LLC ("Think Coffee"), the owner and exclusive user of the THINK COFFEE Trademark. Think Coffee and its subsidiaries own and operate eleven brick-and-mortar coffee shop locations, and Think Coffee also maintains an extensive web presence, including through online sales of its coffee blends on a single purchase or subscription basis on its website. See https://thinkcoffee.com/.

Think Coffee has been using the THINK COFFEE Trademark in connection with its goods and services since at least as early as March 2006. Think Coffee owns U.S. federal trademark registrations for the THINK COFFEE Trademark, specifically Registration No. 3262911, registered on July 10, 2007, and Registration No. 3856559, registered on October 5, 2010. Think Coffee also owns rights to the THINK COFFEE Trademark application currently pending before the United States Patent and Trademark Office as Serial No. 97424201. Additionally, Think Coffee owns international trademark registrations for the THINK COFFEE Trademark in Japan, Singapore, and the Republic of Korea.

It has come to our attention that your company Four Sigma Foods, Inc. is using the words "THINK COFFEE" in connection with the sale of its coffee blend "Think Ground Coffee with Lion's Mane & Chaga Mushrooms." The words THINK and Coffee appear prominently on the packaging for your product, and on numerous pages of your website at www.us.foursigmatic.com (the "Website"). Examples of your unlawful and unauthorized use are included in **Exhibit 1**.

Think Coffee has not authorized the use of the THINK COFFEE Trademark in this manner, and thus regards your actions as an attempt to unlawfully associate yourself with the THINK COFFEE Trademark for your own commercial gain.

Consumers are likely to be confused as to your affiliation with the THINK COFFEE Trademark and incorrectly assume that you are authorized by Think Coffee when you are not. You have no authorization to sell products or services on behalf of Think Coffee, and no affiliation with Think Coffee. As a result, Think Coffee demands that you cease all infringing use of the word "Think" in connection with the sale of coffee and coffee-related products and respond to this letter



in writing **within five (5) days of receiving this letter**. Specifically, Think Coffee demands that you:

1. Remove all unauthorized uses of the word "Think" from your Website and social media accounts; and

2. Cease all marketing, promotion, and advertising (including on your packaging) using the word "Think" in connection with the sale of coffee and coffee-related products.

This letter is without prejudice to any rights Think Coffee may have, each of which is expressly reserved. We look forward to your response and cooperation and are available to discuss should you need any clarification.

Sincerely,

/s/Kristen Ruisi
Kristen Ruisi



Four Sigma Foods
February 6, 2023
Page 3

# EXHIBIT 1



Four Sigma Foods
February 6, 2023
Page 4



VENABLE LLP

Four Sigma Foods
February 6, 2023
Page 5

Switch your coffee for a more focused 2023 | Subscribe & save 20% | SHOP NOW
SHOP / THINK
Think
Wake up your mind with focus-boosting superfoods
START WITH THIS
Morning Routine
$32
Kick off better mornings with coffee to power on and Think
SHOP NOW
CAFFEINE
NO CAFFEINE
Think
Chill
Shop all
Popular
New
Think Ground Coffee with Lion's Mane & Chaga Mushrooms
$20
Think Cold Brew Ground Coffee With Lion's Mane & Chaga Mushrooms
$20 $16
QUICK BUY
QUICK BUY

