IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THINK COFFEE LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-cv-01963 |
| FOUR SIGMA FOODS, INC. And FUNGUYS, INC. | ) **DEMAND FOR JURY TRIAL** |
| Defendants. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF DOUGLAS RETTEW

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Douglas Rettew hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Four Sigma Foods, Inc. and Funguys, Inc. in the above-captioned action. I am a member in good standing of the bars of the State of Maryland, the State of New Jersey, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 17, 2024							Respectfully submitted,

							*/s/ Douglas Rettew*
							_____
							Douglas Rettew
							FINNEGAN, HENDERSON, FARABOW,
							GARRETT & DUNNER, LLP
							901 New York Avenue, NW
							Washington, DC 20001
							Tel: (202) 408-4000
							 E-mail: douglas.rettew@finnegan.com