IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THINK COFFEE LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>FOUR SIGMA FOODS, INC.<br>And FUNGUYS, INC.<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-01963<br>)<br>)  **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |

## DECLARATION OF DOUGLAS RETTEW IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I, Douglas Rettew, declare as follows:

    1.     I am a partner with the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Four Sigma Foods, Inc. and Funguys, Inc. in the above-captioned matter.  I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

    2.     I am a member in good standing of the bars of the State of Maryland, the State of New Jersey, and the District of Columbia, and I have attached Certificates of Good Standing issued within the last thirty (30) days.

    3.     I have never been convicted of a felony.

    4.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

    5.     There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2024                           Respectfully submitted,

/s/ *Douglas Rettew*

Douglas Rettew
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 408-4000
 E-mail: douglas.rettew@finnegan.com