## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THINK COFFEE LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FOUR SIGMA FOODS, INC.  )<br>And FUNGUYS, INC.  )<br>)<br>Defendants.  )<br>)  | Civil Action No. 1:24-cv-01963<br><br>**DEMAND FOR JURY TRIAL** |

### ORDER FOR ADMISSION PRO HAC VICE OF DOUGLAS RETTEW

The motion of DOUGLAS RETTEW ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member of good standing of the bars of the State of Maryland, the State of New Jersey, and the District of Columbia; and that his contact information is as follows:

> Douglas Rettew (douglas.rettew@finnegan.com)
> FINNEGAN, HENDERSON, FARABOW, GARRETT
> & DUNNER LLP
> 901 New York Avenue, NW
> Washington, DC 20001
> Tel: (202) 408-4000

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendants Four Sigma Foods, Inc. and Funguys, Inc., in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:

                                                 Lewis A. Kaplan
                                                United States District Judge