**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THINK COFFEE LLC,

          Plaintiffs,

v.

FOUR SIGMA FOODS, INC. and
FUNGUYS, INC.,

          Defendants.

Civil Action No. 1:24-cv-01963

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims in the above-captioned litigation are dismissed with prejudice, with neither party as a prevailing party and with each party to bear its own costs and attorneys' fees incurred in connection with this action.

IT IS HEREBY FURTHER STIPULATED AND AGREED that facsimile and electronic signatures shall be deemed effective as original signatures on this Stipulation.

Dated: August 12, 2024

VENABLE LLP

By: _____
Marcella Ballard
151 W 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500
mballard@venable.com

*Attorneys for Think Coffee LLC*


VENABLE LLP

By: _____
Maria Sinatra
151 W 42nd Street, 49th Floor
New York, NY 10036
(212) 307-5500
msinatra@venable.com

*Attorneys for Think Coffee LLC*


FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: _____
Naresh Kilaru
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
naresh.kilaru@finnegan.com

*Attorneys for Four Sigma Foods, Inc. and
Fungus, Inc.*


FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: _____
Douglas Rettew
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
doug.rettew@finnegan.com

*Attorneys for Four Sigma Foods, Inc. and
Fungus, Inc.*

2